

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-14-00260-CV

**ONE (1) 1992 CHEVROLET PK, VIN. 1GCEC14Z4NE164549,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant has filed in this court a motion to proceed in forma pauperis. However, appellant has not established indigence pursuant to rule 20.1 of the Texas Rules of Appellate Procedure. We therefore hold the motion in abeyance and order appellant to file, by May 2, 2014, either the certificate described in Rule 20.1(a)(1) or an affidavit of indigence that complies with the requirements of rule 20.1(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court